An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

MARY GIBBS-BOLENDER,
                    Appellant,
vs.
CAG ACCEPTANCE, LLC,
                    Respondent.

No. 67454

**FILED**

JUL 0 2 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER

This is a certified question pursuant to NRAP 5 from the United States District Court, District of Nevada. Pursuant to the stipulation of the parties, and cause appearing, the certification is withdrawn and this matter is dismissed.

It is so ORDERED.

_____, C.J.

cc:     Kemp, Jones & Coulthard, LLP
        Legal Aid Center of Southern Nevada, Inc.
        Armstrong Teasdale, LLP/Las Vegas
        Burch & Cracchiolo PA
        Clerk, United States District Court, Las Vegas

SUPREME COURT
OF
NEVADA

(O) 1947A

15-20241